# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

E-YAGE BOWENS,

    Plaintiff,

v.                                        CASE NO. 4:19cv01-RH-CAS

JULIE JONES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the plaintiff's additional filings, ECF Nos. 12 and 13. I have reviewed de novo the issues raised by the additional filings, which perhaps could be characterized as objections to the report and recommendation. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice." The clerk must close the file.

SO ORDERED on June 17, 2019.

s/Robert L. Hinkle<br>United States District Judge